| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
|   | K. T. Cherian (SBN 133967) |
| 2 | Scott Wales (SBN 179804) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, California  94105 |
| 4 | Telephone:  (415) 848-4900 |
|   | Facsimile:  (415) 848-4999 |
| 5 | E-Mail:  bunsowh@howrey.com |
|   | E-Mail:  cheriank@howrey.com |
| 6 | E-Mail:  waless@howrey.com |
| 7 | Attorneys for Plaintiff |
|   | LEAPFROG ENTERPRISES, INC. |
| 8 | |
| 9 | Phillip B. Philbin (pro hac vice) |
|   | John R. Emerson (pro hac vice) |
| 10 | HAYNES AND BOONE LLP |
|   | 901 Main Street, Suite 3100 |
| 11 | Dallas, Texas 75202 |
|   | Telephone:  (214) 651-5000 |
| 12 | Facsimile:   (214) 200-0672 |
|   | E-Mail:  phillip.philbin@haynesboone.com |
| 13 | E-Mail:  russ.emerson@haynesboone.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEAPFROG ENTERPRISES, INC., a Delaware corporation, | Case No. C 05 3850 MHP |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)** |
| vs. | |
| TINKERS & CHANCE, a Texas Partnership, | |
| Defendant. | |

**HOWREY LLP**

STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)
Case No. C 05 3850 MHP

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff LeapFrog
2  Enterprises, Inc. and Defendant Tinkers & Chance, through the signature of their counsel, stipulate
3  herein to dismiss this action without prejudice, including all claims and counterclaims.  Each party
4  agrees to bear responsibility for the attorneys' fees and costs that it has accrued in relation to all claims
5  and all counterclaims in this action.

7  Dated:  March 6, 2006         Respectfully submitted,

8                                 HOWREY LLP

10                                By:  /s/ Scott Wales
11                                     Scott Wales
                                       Attorneys for Plaintiff
12                                     LEAPFROG ENTERPRISES, INC.

14  Dated:  March 6, 2006         Respectfully submitted,

15                                 HAYNES AND BOONE

17                                By:  /s/ John R. Emerson
                                       John R. Emerson
18                                     Attorneys for Defendant
                                       TINKERS & CHANCE

March 8, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWREY LLP

STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)
Case No. C 05 3850 MHP